United States Courts
Southern District of Texas
FILED

*January 23, 2024*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.  § | Criminal No. M-24-96 |
| § | |
| **MIGUEL ANGEL RODRIGUEZ RIVIER** § | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 28, 2023, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MIGUEL ANGEL RODRIGUEZ RIVIER**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States to the United Mexican States, any merchandise, article, or object, to wit: firearms, 7.62x39mm ammunition, and firearm magazines, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730-774.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### NOTICE OF FORFEITURE
**Title 18, U.S.C. §554(a)**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) the United States gives notice to defendant,

**MIGUEL ANGEL RODRIGUEZ RIVIER**

that upon conviction of a violation of Title 18 U.S.C. §554, as charged in this Indictment, all merchandise exported or sent from the United States or attempted to be exported or sent from the United States contrary to law, or the proceeds or value thereof, and property used to facilitate the

exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to the following:

**Firearms:**

| # | Weapon Itemization | Caliber | Serial Number |
|---|---|---|---|
| 1 | CENTURY ARMS AK 47 VSKA RIFLE | 7.62X39 | SV7143284 |
| 2 | CENTURY ARMS AK 47 VSKA RIFLE | 7.62X39 | SV7143388 |
| 3 | CENTURY ARMS AK 47 VSKA RIFLE | 7.62X39 | SV7105580 |
| 4 | CENTURY ARMS AK 47 VSKA RIFLE | 7.62X39 | SV7143515 |
| 5 | CENTURY ARMS AK 47 VSKA RIFLE | 7.62X39 | SV7138804 |
| 6 | CENTURY ARMS AK 47 RIFLE | 7.62X39 | SV7143286 |
| 7 | CENTURY ARMS AK 47 RIFLE | 7.62X39 | SV7143613 |
| 8 | CENTURY ARMS AK 47 RIFLE | 7.62X39 | SV7142579 |
| 9 | CENTURY ARMS AK 47 RIFLE | 7.62X39 | SV7143874 |
| 10 | CENTURY ARMS AK 47 RIFLE (TAN STOCK) | 7.62X39 | N/A |
| 11 | CENTURY ARMS AK 47 RIFLE (GREEN) | 7.62X39 | N/A |
| 12 | DPMS AK 47 MODEL #ANVIL1753 RIFLE (BLACK) | 7.62X39 | AVS4701753 |
| 13 | DPMS AK 47 MODEL #ANVIL3373 RIFLE (MAROON) | 7.62X39 | AV4703373 |
| 14 | PALMETTO AK 47 RIFLE (ALL BLACK) | 7.62X39 | N/A |
| 15 | PALMETTO AK 47 MODEL #AKP7 RIFLE | 7.62X39 | P7012601 |
| 16 | PALMETTO AK 47 MODEL #PSAK6 RIFLE | 7.62X39 | AKU003826 |
| 17 | RUSSIAN AMERICAN SAIGA AK 47 RIFLE | 7.62X39 | N/A |
| 18 | RILEY DEFENSE AK 47 MODEL #RAK47 RIFLE | 7.62X39 | B57333 |
| 19 | PIONEER ARMS AK 47 SPORTER RIFLE | 7.62X39 | PAC23PL15711F |

| | | | |
|---|---|---|---|
| 20 | PIONEER ARMS AK 47 SPORTER RIFLE | 7.62X39 | N/A |
| 21 | FN SCAR 17S RIFLE | 7.62X51 | N/A |
| 22 | CENTURY ARMS CETME SPORTER RIFLE | .308 | C62327 |
| 23 | FN SCAR 16S RIFLE | 5.56X45 | N/A |
| 24 | DPMS DA-15 RIFLE | 5.62X45 | DA15003587 |
| 25 | SOTA ARMS SA15 RIFLE | 5.56X45 | 004289 |
| 26 | SIG SAUER #SIGM400 RIFLE | 5.56X45 | 20K020692 |
| 27 | RUGER MODEL #AR556 RIFLE | 5.56X45 | 85953657 |
| 28 | BUSHMASTER MODEL #XM15-E2S RIFLE | 5.56X45 | L450748 |
| 29 | RADICAL FIREARMS MODEL #RF15 RIFLE | 5.56X45 | 21103617 |
| 30 | FN M249 RIFLE (TAN) | 5.56X45 | N/A |
| 31 | FN M249 RIFLE | 5.56X45 | M249SA06672 |
| 32 | FN M249 RIFLE | 5.56X45 | M249SA09517 |
| 33 | 1919 BROWING .30 CAL SEMI AUTO #M1919A4 RIFLE | .30 CAL | N/A |
| 34 | BARRETT FIREARMS RIFLE (TAN SHORT BARREL) | .50 CAL | N/A |
| 35 | BARRETT FIREARMS MODEL #82A1 RIFLE(TAN) | .50 CAL | AA017153 |
| 36 | BARRETT FIREARMS RIFLE (TAN LONG BARREL) | .50 CAL | N/A |
| 37 | BARRETT FIREARMS RIFLE (TAN LOND BARREL) | .50 CAL | N/A |
| 38 | BARRETT FIREARMS RIFLE(BLACK) | .50 CAL | N/A |
| 39 | BARRETT FIREARMS RIFLE(BLACK) | .50 CAL | N/A |
| 40 | BARRETT FIREARMS MODEL #82A1 RIFLE(BLACK) | .50 CAL | AA017077 |
| 41 | OHIO ORDNANCE WORKS MODEL #M2SLR RIFLE | .50 CAL | 850368 |
| 42 | RUGER MODEL #10-22 RIFLE | .22 LR | 002377361 |
| 43 | RUGER MODEL #10-22 RIFLE | .22 LR | 002457459 |
| 44 | RUGER MODEL #10-22 RIFLE | .22 LR | 002457442 |
| 45 | GLOCK 21 .45 CAL PISTOL | .45 AUTO | AFBV585 |
| 46 | TAURUS G3C 9MM PISTOL | 9MM | ADB973676 |

| 47 | SIG SAUER P226 PISTOL | 9MM | 47A105828 |
|---|---|---|---|

**Ammunition:**

| Ammunition Itemization: | Count: |
|---|---|
| SILVER BEAR 7.62X39 AMMO (123 GRAIN) | 60 RDS |
| SILVER BEAR 7.62X39 AMMO (125 GRAIN) | 100 RDS |
| MPD (AP) 7.62X39 AMMO | 1,000 RDS |
| TULAMMO 7.62X39 AMMO | 3,240 RDS |
| WOLF LOOSE 7.62X39 AMMO | 124 RDS |
| WOLF PERFROMANCE AMMO (122 GRAIN) | 1,020 RDS |
| WOLF MILITARY CLASSIC 7.62X39 AMMO | 420 RDS |
| WPA 7.62X39 AMMO | 1,080 RDS |
| BVA 7.62X39 AMMO | 2,000 RDS |
| GOLDEN TIGER 7.62X39 AMMO | 20 RDS |
| UNKNOWN AMMO 7.62X39 AMMO | 6 RDS |
| EAST GERMAN M43 7.62X39 AMMO | 1,420 RDS |
| SADU 7.62X39 AMMO | 317 RDS |
|  |  |
| **Total:** | **10,807** |

**Magazines:**

| Magazine Itemization: | Count: |
|---|---|
| USA STEEL 7.62 30 RD MAGAZINE | 5 |
| SUREFIRE SAIGA 7.62X39 30RD MAGAZINE | 1 |
| THERMOLD AK47 7.62X39 30RD MAGAZINE | 1 |
| XTECH OEM47 7.62 30RD MAGAZINE | 1 |
| UNKNOWN STEEL 7.62 40RD MAGAZINE | 1 |
| PRO MAG 7.62X39 40RD MAGAZINE | 1 |
| NATO STEEL 7.62X39 20RD MAGAZINE (TAN/BLK) | 1 |
| US PALMS 7.62X39 30RD MAGAZINE | 22 |
| PRO MAG7.62 30RD MAGAZINE | 3 |
| UNKNOWN 7.62X39 30RD MAGAZINE (POLYMER) | 14 |
| US PALMS 7.62X39 30RD MAGAZINE (TAN) | 1 |
| PMAG MOE 7.62X39 30RD MAGAZINE | 3 |
| PMAG M3 7.62X39 30RD MAGAZINE | 2 |
| FN M249 200RD AMMO BOX W/ 500 M27 LINKS | 2 |
| TAPCO INTRAFUSE 7.62 30RD MAGAZINE (SMOOTH) | 2 |
| PMAG 20AK MOE MAGAZINE | 2 |
| STEEL .50CAL MAGAZINE | 8 |
| CETME MODEL C .308 20RD MAGAZINE | 3 |
| HK STEEL .308 20RD MAGAZINE | 1 |

| | |
|---|---|
| ASC STEEL 5.56 30RD MAGAZINE | 1 |
| FNH STEEL 5.56 30RD MAGAZINE | 1 |
| FNH STEEL 5.56 30RD MAGAZINE (TAN) | 2 |
| MFT 5.56X45 30RD MAGAZINE | 2 |
| PMAG 5.56X45 30RD MAGAZINE (TAN) | 1 |
| ELITE TACTICAL 5.56/300 BLK 30RD MAGAZINE | 1 |
| PSAK-47 WAFFLE PATERN 7.62X39 MAGAZINE | 2 |
| SIG SAUER P226 9MM 20RD MAGAZINE | 1 |
| GLOCK .45 CAL 13RD MAGAZINE | 1 |
| TAURUS 9MM 12RD MAGAZINE | 1 |
| | |
| **Total:** | **87** |

**Weapon Components:**

| Weapon Components: | Model: | Count: |
|---|---|---|
| FIREFIELD RED DOT (ATTACHED TO LINE ITEM #0029) | IMPACT MINI REFLEX SIGHT | 1 |
| CETME MODEL C RIFLE PARTS (INCOMPLETE) | 7.62 NATO/.308 | 21 EA |
| PICATINNY RAIL PARTS | N/A | 3 |
| POLYMER HAND GUARD PARTS | N/A | 1 |
| POLYMER BUTTSTOCK PARTS | N/A | 1 |
| .50 CALIBER LINKS PARTS | M15A2 | 232 |
| | | |
| **Total:** | | **238** |

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*[signature]*
_____
ASSISTANT UNITED STATES ATTORNEY